## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ERICA FORD**                                                                     **PLAINTIFF**

**v.**                                **CASE NO. 4:24-cv-00420-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                  **DEFENDANT**

### ORDER

After careful review of the record, the recommended disposition from United States

Magistrate Judge Jerome T. Kearney [Doc. No. 14] is adopted. The commissioner's decision

is affirmed and Erica Ford's case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE